JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI DIANNE GRISHOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant, ) <br> ) <br> _____ ) | Case No. 1:14-CV-00736-SMS <br><br> **STIPULATION AND ORDER** <br> **FOR EXTENSION OF TIME** <br> **TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to February 3, 2015, for filing of the Opening Brief, in accordance with the Court's Scheduling Order.  This extension is requested because Plaintiff's counsel recently experienced prolonged health problems that caused a backlog in her workload.

**Grischott v. Colvin**                                                       **Stipulation and Proposed Order**
**E.D. Cal. 1:14-cv-00736-SMS**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                        Respectfully submitted,

Date:  December 22, 2014         JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date:  December 22, 2014         BENJAMIN J. WAGNER
                                        United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration


                                        */s/\*Jennifer Tarn*
                                        JENNIFER TARN
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant


                                        <u>ORDER</u>

APPROVED AND SO ORDERED


DATED:  <u>12/30/2014</u>              <u>/s/ SANDRA M. SNYDER</u>
                                        UNITED STATES MAGISTRATE JUDGE